## JOHN G. WATSON, ADMINISTRATOR, WITH WILL ANNEXED, OF ROBERT GOUIE, DECEASED, *versus* BENJAMIN STEAD

JOURNAL ENTRIES (1819–23): *Journal 2:* (1) Bill of complaint filed *p. 643; (2) rule to answer on oath *p. 701. *Chancery Journal:* (3) Default, referred *p. 11; (4) report filed, exceptions, decree *p. 13; (5) proceedings confirmed, decree *p. 43. *Journal 3:* (6) Motion for rule on master to bring proceeds *p. 438.

PAPERS IN FILE: (1) Precipe for subpoena; (2) subpoena and return; (3) bill of complaint; (4) affidavit of service of subpoena; (5–6) drafts of order that bill be taken as confessed; (7) draft of order of reference; (8) master's report on amount due; (9–10) drafts of order confirming master's report; (11–13) drafts of decree; (14) sheriff's bill of fees; (15) receipt for costs; (16) receipt for fee; (17) master's report of amount due; (18) master's report of sale; (19) receipt from treasurer of Detroit fund; (20) receipt; (21) deed of mortgage; (22) money bond; (23) copies of notes to treasurer of Detroit fund; (24) transfer and assignment of mortgaged premises, etc.

*Office Docket,* MS p. 79, c. 14. (Case 9 of 1820)

## UNITED STATES *versus* OLIVER W. MILLER

JOURNAL ENTRIES (1819–20): *Journal 2:* (1) Indictment presented, process ordered *p. 644; (2) plea, issue *p. 644; (3) jury trial, verdict *p. 647; (4) judgment *p. 726. *Journal 3:* (5) Jury fees ordered paid *p. 91.

PAPERS IN FILE: (1) Indictment; (2) warrant of arrest; (3) precipe for subpoena; (4) subpoena; (5) transcript of records of Thomas Rowland, J. P.; (6) precipe for subpoena; (7–8) subpoenas; (9) precipe for subpoena; (10–11) subpoenas; (12) treasurer's receipt for fine.

*Office Docket,* MS p. 93, c. 40.